**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**LATANYA M. EVANS**,

      Plaintiff,

                                  Case No. 2:21-cv-00172-PPS-JEM

      v

**MIRAMED REVENUE GROUP, LLC**,

      Defendant.

---

### STIPULATION OF DISMISSAL

The parties, through counsel, jointly stipulate that this matter be dismissed with prejudice and without costs or fees awarded for or against either party.

/s/Marwan R. Daher_____    /s/Christopher J. Ryan_____
Marwan R. Daher                         Christopher J. Ryan
Counsel for Plaintiff                 Counsel for Defendant

### DECLARATION OF SERVICE

On September 29, 2021, I filed the foregoing document via CM/ECF, which will send notification to all counsel of record.

*/s/Christopher J. Ryan*